

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00081-CR

**IN RE** Willie L. **JACKSON**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Willie L. Jackson, Jr., filed a petition for writ of mandamus on January 29, 2026.

He did not include an accompanying record or appendix. Having reviewed the petition, this court

has determined that relator has not established that he is entitled to the relief sought. The petition

for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2021CR0184, 2020CR10948, styled *State of Texas vs Willie Louis Jackson, Jr.*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.